# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATTHEW STROTHER,<br><br>          Petitioner,<br><br>   v.<br><br>L.E. SCRIBNER, WARDEN,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. SACV 07-00754-AG (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and Petitioner's Lodgment in support of the Objections. The Court has conducted a *de novo* review of those matter to which objections have been stated. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2 the Judgment herein on the parties.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED: May 31, 2011

7

8                                    _____
                                       ANDREW J. GUILFORD
9                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2