# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATTHEW STROTHER,<br><br>           Petitioner,<br><br>   v.<br><br>LARRY E. SCRIBNER, WARDEN,<br><br>           Respondent. | NO. SACV 07-00754-AG (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE